936

No. 907. UNITED STATES *v.* KLEIN ET AL. Court of Claims. Certiorari denied. *Solicitor General Cox, Roger P. Marquis* and *S. Billingsley Hill* for the United States. *Frank J. Delaney* for respondents. Reported below: —— Ct. Cl. ——, —— F. 2d ——.

No. 925. GIRARD LODGE No. 100 ET AL. *v.* GRAND LODGE, BROTHERHOOD OF RAILWAY AND STEAMSHIP CLERKS, ET AL. Supreme Court of Pennsylvania. Certiorari denied. *Lawrence J. Richette* for petitioners. *Walter Biddle Saul, Allen S. Olmsted II* and *Ivar H. Peterson* for respondents.

No. 905. REED *v.* PENNSYLVANIA RAILROAD Co. Supreme Court of Ohio. Certiorari denied. *James C. Britt* for petitioner. *Robert L. Barton* for respondent.

No. 893. LICAVOLI *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Ivan E. Barris* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 912. PIERSON, WYOMING SUPERVISOR, BUREAU OF LAND MANAGEMENT, DEPARTMENT OF INTERIOR, ET AL. *v.* PAN AMERICAN PETROLEUM CORP. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Solicitor General Cox, Roger P. Marquis* and *A. Donald Mileur* for petitioners. *A. G. McClintock* for respondent.